APPEAL No. 75-13. SYLVIA L. KENNEDY *et al. v.* PROVIDENCE HOCKEY CLUB, INC. Motion of the plaintiffs to extend the time for filing their brief to June 17, 1975 is granted. *Gunning, LaFazia & Gnys, Inc., Robert K. Mills,* for plaintiffs.

APPEAL No. 75-14. CLAIRE JACOB *v.* THE BOARD OF REGENTS FOR EDUCATION *et al.* Defendant South Kingstown School Committee's motion to dismiss the plaintiff's notice of appeal is denied. Treating the notice of appeal as a petition for writ of certiorari, the petition is granted. *Natale L. Urso,* for plaintiff. *Higgins, Cavanagh & Cooney, Joseph V. Cavanagh,* for defendant South Kingstown School Committee.

## June 4, 1975.

C. A. No. 75-62. STATE *v.* ANDREW SAWYERS. Motion of defendant for extension of time in which to file his brief is denied as being moot. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Paul E. Kelley,* Asst. Public Defender, for defendant.